

# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**NICOLE LICATA-McCORD, ESQ.**
464 New York Avenue, Suite 100
Huntington, NY 11743
Tel (631) 549-4677
Fax (631) 549-0826
Email nlicata@sobelpevzner.com

*New York City Office*
30 Vesey Street, 8th Floor
New York, NY 10007
Tel (212) 216-0020
Fax (646) 688-3646

September 8, 2022

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2022

VIA ECF
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007
Attn: Mag. Judge Barbara Moses

RE: *Acosta v. JP Morgan Chase, et al.*
Case No.: 1:21-cv-01591-LJL
Our File No.: 15803-JLL

Dear Magistrate Judge Moses:

Please be advised that Sobel Pevzner, LLC represents Jones Lang LaSalle Americas, Inc. ("JLL") with respect to the above matter. We make this letter motion pursuant to your Individual Practice Rules to respectfully request an adjournment of the settlement conference in this matter, which is currently scheduled for Monday, September 19, 2022 at 2:15 p.m. All parties have consulted and hereby consent to the requested adjournment.

Since the inception of this action, there have been several newly added parties which has resulted in further discovery and which has necessitated amending the Case Management Plan. Currently, plaintiff's deposition is scheduled for October 11, 2022 and defendants depositions are to be completed by November 23, 2022. Additionally, all discovery must be complete by December 16, 2022. The parties wish for depositions and plaintiff's physical examination to be complete so that all parties may be in a better position to engage in meaningful settlement discussions during the conference. There have been no previously requests for an adjournment of this settlement conference.

At this time, we are providing the Court with proposed dates of: December 5, December 12, or December 19, 2022 for a settlement conference. The aforementioned dates are all dates in which counsel are available. However, all parties are amenable to dates provided by the Court for the settlement conference. We thank you for your attention and courtesies in this matter.

Very truly yours,

SOBELPEVZNER, LLC

*Nicole Licata-McCord*

NICOLE LICATA-McCORD, ESQ.

NLM/jd





cc: The Hamel Firm
Wilson Elser
Vigorito Barker
O'Connor Redd Orlando

Application GRANTED. The settlement conference scheduled for September 19, 2022 is ADJOURNED to **December 5, 2022 at 2:15 p.m**. The parties shall file their respective confidential settlement letters no later than **November 28, 2022.** SO ORDERED.

BARBARA MOSES
United States Magistrate Judge
September 8, 2022