```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ACOSTA,

        Plaintiff,

-against-

JP MORGAN CHASE, et al.,

        Defendants.

21-CV-1591 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' letters requesting permission for various party and carrier representatives to appear remotely at the February 6, 2023 settlement conference. (*See* Dkts. 98, 99.) The conference will proceed via videoconference for all participants, using the Court's videoconferencing technology. The Court will provide the link and further instructions in an email to counsel closer to the date of the conference.

Dated:  New York, New York
           January 31, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**