UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ACOSTA,

        Plaintiff,

-against-

JP MORGAN CHASE, et al.,

        Defendants.

21-CV-1591 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will conduct a continued settlement conference in this action on **March 2, 2023**, from 3:00 to 5:00 p.m., via videoconference. The videoconference link will be emailed to counsel closer to the date of the conference. In preparation for the continued conference, plaintiff shall provide defendants, no later than February 24, 2023, with documents sufficient to show the existence and amount of all outstanding funding, medical, and other liens on the case.

    Lead counsel for all parties must attend the continued settlement conference. Clients and carriers must be available by telephone from 3:00 to 5:00 p.m. but not need attend, provided counsel have adequate authority to settle the case.

    The Court having previously resolved the letter-applications at Dkts. 82, 85, 86, and 87, the Clerk of Court is respectfully directed to close those docket entries.

Dated: New York, New York
       February 17, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**